1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

UNITED STATES OF AMERICA,              )
                                                                )
9                              Plaintiff,              )
                                                                )
10          v.                                             )          2:10-CR-585-RLH (PAL)
                                                                )
11   TARHAIN WOODS,                             )
     a/k/a "Boochie",                                 )
12                                                          )
                             Defendant.           )
13   _____)

14

**ORDER OF FORFEITURE**

15          On March 9, 2011, defendant TARHAIN WOODS pled guilty to Count Fifteen of  a

16   Seventeen‐Count Criminal Indictment charging him in Count Fifteen with Distribution of a Controlled

17   Substance in violation of Title 21, United States Code, Section 841(a)(1), and agreed to the forfeiture

18   of property set forth in the Forfeiture Allegation in the Criminal Indictment and the Plea

19   Memorandum. #1, #43, #44.

20          This Court finds that TARHAIN WOODS shall pay an *in personam* criminal forfeiture money

21   judgment of $5,020.00 in United States Currency to the United States of America, pursuant to Fed.

22   R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1); and Title 21, United

23   States Code, Section 853(p).

24   . . .

25   . . .

26   . . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from TARHAIN WOODS a criminal forfeiture money judgment in the amount of $5,020.00 in United States Currency.

DATED this 10th day of June, 2011.


_____
UNITED STATES DISTRICT JUDGE

1

**PROOF OF SERVICE**

2

3          I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the

4    following individual was served with a copy of the Order of Forfeiture on June 9, 2011, by the

5    below identified method of service:

6          E-mail/ECF:

7          Shawn R. Perez
           Law Office of Shawn R. Perez
8          633 South Fourth Street
           Las Vegas, NV 89101
9          Email: Shawn711@msn.com
           *Attorney for the Defendant Tarhain Woods*

10

11

12

13

14                                        /s/ Elizabeth Baechler-Warren
                                          Elizabeth Baechler-Warren
15                                        Forfeiture Support Associate Paralegal

16

17

18

19

20

21

22

23

24

25

26