UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
) 2:10-CR-585-RLH (PAL)
  v. )
)
TARHAIN WOODS, a/k/a "Boochie", )
)
        Defendant. )

**ORDER OF FORFEITURE**

This Court found on June 10, 2011, that TARHAIN WOODS, a/k/a "Boochie", shall pay a criminal forfeiture money judgment of $5,020.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section 853(p). Docket #56.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from TARHAIN WOODS, a/k/a "Boochie", a criminal forfeiture money judgment in the amount of $5,020.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section 853(p).

DATED this 15 day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE