# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:10-CR-00585-RLH-PAL |
| vs. | ) | **O R D E R** |
| TARHAIN WOODS, | ) | (Motion for Early Termination of Supervised Release-#116) |
| Defendant. | ) | |

Before the Court is Defendant's **Motion for Early Termination of Supervised Release** (#116, filed May 11, 2015) and the Court will exercise its authority and refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion for Early Termination of Supervised Release** (#116) is hereby REFERRED to the UNITED STATES ATTORNEY for a response  within forty-five (45) days of the entry this Order.  Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: May 13, 2015.

_____
**Roger L. Hunt
United States District Judge**